# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: |
| JOE FRANK THOMPSON | **08CR 0190** |
| | **MAGISTRATE JUDGE COLE** |

I, STEPHEN FARINA, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

> by force and violence, and intimidation, take from the person and presence of a bank employee at TCF Bank, 1400 21st Street, Zion, Illinois, approximately $465 in United States Currency belonging to and in the care, custody, control, management, and possession of Charter One Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

**FILED FEB 29 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 29, 2008                    at     Chicago, Illinois
Date                                          City and State

Jeffrey Cole, United States Magistrate Judge          _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

STATE OF ILLINOIS   )
                    )  SS
COUNTY OF COOK      )

## AFFIDAVIT

I, Stephen Farina, being duly sworn, do hereby state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately one year. I am currently assigned to the violent crimes squad of the FBI's Rolling Meadows office, North Resident Agency. My duties include the investigation of bank robberies and other violent crimes.

2. The information contained in this affidavit is based upon my personal knowledge gained through my training and experience, my participation in this investigation, and information gathered from other law enforcement officers and bank employees. The information outlined below is provided for the limited purpose of establishing probable cause in support of a criminal complaint against JOE FRANK THOMPSON and does not contain all details or all facts of which I am aware relating to this investigation.

### February 28, 2008 Robbery of TCF Bank

3. On February 28, 2008, TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation and located at 1400 21st Street, Zion, Illinois was robbed by a lone white male, later identified through the investigation described below as JOE FRANK THOMPSON.

4. After the robbery, officers with the Zion Police Department interviewed Teller A of TCF Bank, who was present at the time of the bank robbery. Teller A said that at approximately 8:00 a.m., Teller A observed a white male, approximately 5'6" or 5'7" in height, with facial hair, wearing black glasses, a baseball cap, tan gloves, and a winter

coat, standing in line at the bank.

5. According to Teller A, the white man gave Teller A a note declaring that he was robbing the bank. Teller A saw that the note had the words, "This is a holdup." Teller A began to grab currency from the bank to give to the man. While Teller A was in the process of giving the man this currency, Teller A accidentally dropped the currency onto the teller station counter. As Teller A was attempting to pick the currency up, the man reached over and grabbed the currency himself. The man stated, "That's enough money." He also reached into his pocket in a way that caused Teller A to believe that the man had a weapon. Teller A gave the man approximately $466 in United States currency, in the form of 20-dollar bills, 10-dollar bills, 5-dollar bills and 1-dollar bills. After taking the currency from Teller A, the man walked out of the bank.

6. After the robbery, officers with the Zion Police Department also interviewed Teller B of TCF Bank, who was present at the time of the bank robbery. According to Teller B, at approximately 8:00 a.m., Teller B observed a white male, approximately 5'6" in height, aged in his late 30's to early 40's, wearing a blue hat, dark glasses, and tan gloves standing in line at the bank.

7. According to Teller B, Teller B saw the man give a note to Teller A and that Teller A looked scared. Teller B then read the note and saw that it said, "This is a hold up." After reading the note Teller B instructed Teller A to give the man currency from the bank. Teller B saw the man put his hand into his pocket in way that suggested he had a weapon. Teller B observed Teller A drop currency on the teller station counter and saw that the man had tan gloves on as he reached over the teller station counter

to grab the currency. Teller B heard the man say, "That's it, that's enough." The man walked out of the bank after picking the currency up off of the teller station counter.

8. After the robbery, I interviewed the officers with the Zion Police Department who arrested JOE FRANK THOMPSON. According to the officers, they were driving in the area of the TCF Bank and saw a man matching the physical description of the robber given by Teller A and Teller B. Incident to arrest, the officers searched JOE FRANK THOMPSON and found $465 in United States currency in his possession, in the form of 20-dollar bills, 10-dollar bills, 5-dollar bills and 1-dollar bills.

9. I have reviewed surveillance footage from TCF Bank from around the time of the robbery. The surveillance footage from around the time of the robbery shows a man matching the robber's description given by bank employees in the bank.

10. I interviewed JOE FRANK THOMPSON after he was arrested by the Zion Police Department. After being advised of his *Miranda* rights orally and in writing, THOMPSON acknowledged his rights and signed a waiver form. During the subsequent interview, THOMPSON confessed both orally and in writing to robbing the TCF Bank located at 1400 21st Street, Zion, Illinois on February 28, 2008. THOMPSON also identified and initialed a surveillance photograph taken of the bank robber during the bank robbery as being his picture.

## FDIC Insured Status of TCF Bank

11. Based on a Federal Deposit Insurance Corporation ("FDIC") certificate received from TCF Bank on February 28, 2008, at the time of the robbery, the FDIC insured the deposits of the TCF Bank located at 1400 21st Street, Zion, Illinois.

## Conclusion

12. Based on the facts set forth above, I believe there exists probable cause to believe that JOE FRANK THOMPSON robbed the TCF Bank located at 1400 21st Street in Zion, Illinois, on or about February 28, 2008, in violation of Title 18 United States Code, Section 2113(a).

Further Affiant sayeth not,

_____
Stephen Farina
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 29th day of February, 2008.

_____
JEFFREY COLE
United States Magistrate Judge