## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 190 - 1 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Joe Frank Thompson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/29/08. Defendant informed of his rights. Ronald J. Clark is appointed as counsel for the defendant. Defendant acknowledges understanding the charges and maximum penalty. Oral motion of Government for detention of the defendant is granted. Defendant is bound to the District Court for further proceedings. Detention hearing is set for 3/3/08 at 3:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|