**FILED**
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 190  **JUDGE DOW** |
| v. | ) | |
| | ) | Violation: Title 18, United States Code |
| JOE FRANK THOMPSON | ) | Section 2113(a) |
| | ) | |

**MAGISTRATE JUDGE COLE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 28, 2008, at Zion, in the Northern District of Illinois, Eastern Division,

JOE FRANK THOMPSON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $465 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 1400 21st Street, Zion, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY