UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE DOW** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 190 | DATE | MARCH 25, 2008 |
| CASE TITLE | US v. JOE FRANK THOMPSON | **MAGISTRATE JUDGE COLE** | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL FEBRUARY 2008-1___ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

NO BOND SET; DETAINED BY MAGISTRATE.

**FILED**

MAR 2 5 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | |
|---|---|
| No notices required, advised in open court. | Number of notices |
| No notices required. | Date docketed |
| Notices mailed by judge's staff. | Docketing dpty. initials |
| Notified counsel by telephone. | Date mailed notice |
| Docketing to mail notices | Mailing dpty. initials |
| Mail AO 450 form. | |
| Copy to judge/magistrate judge. | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office |