## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 190 - 1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Joe Frank Thompson | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment. Defendant enters a plea of not guilty to the indictment. Defendant is to remain in custody and bound to the District Court for further proceedings. Rule 16.1(a) conference: 4/3/08; Pretrial motions: 4/14/08; Response due 4/24/08; Reply due 5/1/08. Status hearing before Judge Dow is set for Tuesday, 4/22/08 at 9:30 a.m. Enter excludable time from 3/27/08 to and including 4/22/08 pursuant to 18 USC §3161 (h)(1). (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|