# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 190 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. JOE FRANK THOMPSON | | |

**DOCKET ENTRY TEXT**

Status hearing held. ENTER ORDER: a mental health evaluation of defendant Joe Frank Thompson is to be conducted by the Isaac Ray Forensic Group, LLC. The Isaac Ray is appointed to conduct a mental health evaluation of defendant, which evaluation should include a examination of defendant's physical condition to the extent such physical condition impacts his mental health. IT IS FURTHER ORDERED that the U.S. Marshals Service is directed to bring defendant to Isaac Ray's offices . Time to excluded pursuant to Title 18 U.S.C. Section 3161(h)(l)(A) from 5/22/08 to and including 6/6/08. (X-A)  Status hearing set for 6/6/08 at 9:45a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|