UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | No. 08 CR 190 |
| ) | Hon. Robert M. Dow |
| JOE FRANK THOMPSON  ) | |

ORDER

THE COURT HAVING FOUND that, for the reasons stated in open court, a mental health evaluation of defendant JOE FRANK THOMPSON conducted by the Isaac Ray Forensic Group, LLC ("Isaac Ray"), is appropriate and necessary.

IT IS HEREBY ORDERED that Isaac Ray is appointed to conduct a mental health evaluation of defendant, which evaluation should include a examination of defendant's physical condition to the extent such physical condition impacts her mental health.

IT IS HEREBY FURTHER ORDERED that the U.S. Marshals Service is directed to bring defendant JOE FRANK THOMPSON [BOP Register No.22574-424] to Isaac Ray's offices at 77 E. Adams Street, Chicago, Illinois, at 9:30 a.m., on May 27 and 29, 2008. The Marshals, in accordance with Isaac Ray's policies, are further directed to take the defendant to the driveway located on the south side of E. Adams Street, directly across from 72 E. Adams Street–next to Au Bon Pain. (The driveway is just west of the awning entranceway to Russian Tea Time. The cross streets are Wabash and Michigan Avenue. Prior to entering the driveway, the Marshals are further directed to call building security at (312) 427-7684 to announce their arrival. Within several minutes (while Isaac Ray staff are contacted and proceed to the garage), security will open the garage door, and the garage door will be locked behind the transport vehicle so that the transport is uninterrupted. Only after the Marshals are met for a personal escort by Isaac Ray staff should defendant be permitted to exit the transport vehicle by the central elevator located inside the garage. Parking for the transport

vehicle will be available at North and South Grant Park, the entrance to which is on Michigan Avenue, and will be paid for by Isaac Ray with a valid garage receipt submitted for reimbursement. A lunch should be brought for the defendant, as she will likely spend a full day undergoing evaluation. Any logistical transport-related questions should be directed to Isaac Ray at (312) 212-9500.

IT IS HEREBY FURTHER ORDERED that the Marshals Service is requested to return defendant THOMPSON in the custody of the Metropolitan Correctional Center during this period of mental health evaluation in order to assist in the expedient completion of the evaluation.

E N T E R:

ROBERT M. DOW
United States District Judge

Dated: May 22, 2008