UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                  Plaintiff,

v.                                        Case No.: 1:08−cr−00190
                                          Honorable Robert M. Dow Jr.

Joe Frank Thompson
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing date of 6/6/08 is stricken and Status hearing reset for 6/19/2008 at 10:00 AM. Time excluded pursuant to Title 18 U.S.C. Section 3161(h)(l)(A). (X−A) Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.