## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:08−cr−00190

                                                 Honorable Robert M. Dow Jr.

Joe Frank Thompson

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/31/2008. Change of Plea Hearing set for 9/24/2008 at 9:30 AM. Parties are requested to deliver a draft copy of the plea agreement to chambers one day prior to the hearing date. Time is excluded pursuant to 18.3161(h)(1)(I). (X−7) Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.